AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Delaware

MHS HOLDING ONE, INC. f/k/a MCCLELLAND HOME HEALTH PHARMACY, INC.,

Plaintiff,

V.

MHHP ACQUISITION COMPANY LLC and OMNICARE, INC.,

Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-292

TO: (Name and address of Defendant)

Omnicare, Inc.
c/o Corporation Service Company (Registered Agent)
2711 Centerville Road, Suite 400
Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Philip Trainer, Jr., Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

May 4, 2006

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE May 4, 2006 |
| NAME OF SERVER (*PRINT*) John Garber | TITLE Messenger |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ____________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ____________________

☐ Returned unexecuted: ____________________

☒ Other (specify): Personally served Omnicare, Inc. by serving its registered agent at the address indicated on the front of this summons.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on May 4, 2006
Date

[signature]
*Signature of Server*

Parcels, Inc.
*Address of Server*
230 North Market Street
Wilmington, DE 19801

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.