AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

MHS HOLDING ONE, INC. f/k/a MCCLELLAND
HOME HEALTH PHARMACY, INC.,

                    Plaintiff,                    **SUMMONS IN A CIVIL CASE**

          V.

MHHP ACQUISITION COMPANY LLC and
OMNICARE, INC.,

                    Defendants.     CASE NUMBER:     0 6 - 2 9 2

TO: (Name and address of Defendant)

        MHHP Acquisition Company LLC
        c/o Corporation Service Company (Registered Agent)
        2711 Centerville Road, Suite 400
        Wilmington, DE  19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

        Philip Trainer, Jr., Esquire
        Ashby & Geddes
        222 Delaware Avenue, 17th Floor
        P.O. Box 1150
        Wilmington, DE  19899

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

## PETER T. DALLEO

                                        May 4, 2006

_____     _____
CLERK                               DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE May 4, 2006 |
| NAME OF SERVER (PRINT) John Garber | TITLE Messenger |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): __Personally served MHHP Acquisition Company LLC by serving its__
__registered agent at the address indicated on the front of this summons.__

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   __May 4, 2006__        _____
          Date              Signature of Server

        Parcels, Inc.
        Address of Server

        230 North Market Street
        Wilmington, DE   19801

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.