IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MHS HOLDING ONE, INC. f/k/a MCCLELLAND HOME HEALTH PHARMACY, INC., | ) ) ) ) | C.A. No. 06-292-GMS |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| MHHP ACQUISITION COMPANY LLC and OMNICARE, INC., | ) ) ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER

Plaintiff MHS Holding One, Inc. and defendants MHHP Acquisition Company LLC and Omnicare, Inc. (collectively, "Defendants"), by their respective counsel, hereby agree and stipulate, subject to the approval of the Court, that the time for Defendants, to answer, move, or otherwise respond to the Complaint in this matter is extended through and including June 13, 2006.

The reasons for this extension are: (1) the Defendants require additional time to investigate the allegations of the Complaint and (2) Defendants have received no prior extensions of time within which to file their responses to the Complaint, served on Defendants on or about May 4, 2006. This extension should not disrupt the schedule in the case, as there has been no initial conference with the Court and there is no Scheduling Order in place at this time.

2

| ASHBY & GEDDES | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ *Tiffany Geyer Lydon* | By: /s/ *Philip A. Rovner* |
| Lawrence C. Ashby (#468) | Philip A. Rovner (#3215) |
| Philip Trainer, Jr. (#2788) | David E. Moore (#3983) |
| Tiffany Geyer Lydon (#3950) | Hercules Plaza |
| 222 Delaware Avenue | P. O. Box 951 |
| P. O. Box 1150 | Wilmington, Delaware 19899 |
| Wilmington, DE 19899 | (302) 984-6000 |
| (302) 654-1888 | provner@potteranderson.com |
| lashby@ashby-geddes.com | dmoore@potteranderson.com |
| ptrainer@ashby-geddes.com | |
| tlydon@ashby-geddes.com | *Attorneys for Defendants* |

*Attorneys for Plaintiff*

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge

733456