IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MHS HOLDING ONE, INC. f/k/a MCCLELLAND HOME HEALTH PHARMACY, INC., <br><br> Plaintiff, <br><br> v. <br><br> MHHP ACQUISITION COMPANY LLC and OMNICARE, INC., <br><br> Defendants. | ) ) ) ) ) ) C.A. NO. 06-292-GMS ) ) ) ) ) ) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admissions *pro hac vice* of Dennis J. Kelly and Paul R. Mastrocola to represent Plaintiff, MHS Holding One, Inc. f/k/a McClelland Home Health Pharmacy, Inc., in the above-entitled matter. Pursuant to this Court's Standing Order effective January 1, 2005, I hereby certify that the annual fees for the foregoing attorneys are being submitted to the Clerk's office in connection with this motion.

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*

Philip Trainer, Jr. (I.D. #2788)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P. O. Box 1150
Wilmington, DE 19899
(302) 654-1888
(302) 654-2067 (fax)
ptrainer@ashby-geddes.com
tlydon@ashby-geddes.com

Dated: May 30, 2006
169959.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MHS HOLDING ONE, INC. f/k/a MCCLELLAND HOME HEALTH PHARMACY, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | C.A. NO. 06-292-GMS |
| v. | ) ) | |
| MHHP ACQUISITION COMPANY LLC and OMNICARE, INC., | ) ) ) | |
| Defendants. | ) | |

## ORDER

This _____ day of _____, 2006, the Court having considered the motion for the admission *pro hac vice* of Dennis J. Kelly and Paul R. Mastrocola to represent the Plaintiff in the above action; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorneys are admitted *pro hac vice*.

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of Massachusetts, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: _____
Dennis J. Kelly
Burns & Levinson LLP
125 Summer Street
Boston, Massachusetts 02110
(617) 345-3000
(617) 345-3299 (Fax)

Dated: 5/26/06

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of Massachusetts, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: _____
Paul R. Mastrocola
Burns & Levinson LLP
125 Summer Street
Boston, Massachusetts 02110
(617) 345-3000
(617) 345-3299 (Fax)

Dated: 5/26/06

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of May, 2006, the attached **MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*** was served upon the below-named counsel of record at the address and in the manner indicated:

Philip A. Rovner, Esquire  HAND DELIVERY
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19899


/s/ *Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon

169962.1