IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MHS HOLDING ONE, INC. f/k/a MCCLELLAND HOME HEALTH PHARMACY, INC., <br><br>           Plaintiff, <br><br>      v. <br><br> MHHP ACQUISITION COMPANY LLC and OMNICARE, INC., <br><br>           Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) )  C.A. NO. 06-292-GMS |

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Plaintiff, MHS Holding One, Inc. f/k/a McClelland Home Health Pharmacy, Inc., has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*
_____
Philip Trainer, Jr. (I.D. #2788)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P. O. Box 1150
Wilmington, DE  19899
(302) 654-1888
(302) 654-2067 (fax)
ptrainer@ashby-geddes.com
tlydon@ashby-geddes.com

*Of Counsel:*

Dennis J. Kelly
Paul R. Mastrocola
BURNS & LEVINSON LLP
125 Summer Street
Boston, Massachusetts 02110
(617) 345-3000
(617) 345-3299

Dated:  June 2, 2006
170107.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of June, 2006, the attached **PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT** was served upon the below-named counsel of record at the address and in the manner indicated:

Philip A. Rovner, Esquire                                         HAND DELIVERY
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19899


                                                                 /s/ *Tiffany Geyer Lydon*
                                                                 _____
                                                                 Tiffany Geyer Lydon

169962.1