IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MHS HOLDING ONE, INC. f/k/a MCCLELLAND HOME HEALTH PHARMACY, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 06-292-GMS |
| v. | ) ) | |
| MHHP ACQUISITION COMPANY LLC and OMNICARE, INC., | ) ) ) | |
| Defendants. | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Thomas C. Dearing, Esq. and Bethany V. Crawley, Esq., Fowler White Boggs Banker P.A., 50 North Laura Street, Suite 2200, Jacksonville, FL 32202, to represent Defendants MHHP Acquisition Company LLC and Omnicare, Inc. in this matter.

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
Philip A. Rovner (#3215)
David E. Moore (#3983)
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com
dmoore@potteranderson.com

Dated: June 13, 2006
736133

Attorneys for Defendants
MHHP Acquisition Company LLC and Omnicare, Inc.

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____   _____
                         United States District Judge

## CERTIFICATION

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Florida, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court; or

☒ will be submitted to the Clerk's Office upon the filing of this motion.

Date:

Thomas C. Dearing
Florida Bar No. 146431
Fowler White Boggs Banker P.A.
50 North Laura Street
Suite 2200
Jacksonville, FL 32202
Telephone: (904) 598-3100
E-mail: tdearing@fowlerwhite.com

CERTIFICATION

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Florida, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court; or

☒ will be submitted to the Clerk's Office upon the filing of this motion.

Date:

Bethany V. Crawley
Florida Bar No. 0131113
Fowler White Boggs Banker P.A.
50 North Laura Street
Suite 2200
Jacksonville, FL 32202
Telephone: (904) 598-3100
E-mail: bcrawley@fowlerwhite.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

    I, David E. Moore, hereby certify that on June 13, 2006, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

BY HAND DELIVERY AND E-MAIL

Philip Trainer, Jr., Esq.
Tiffany Geyer Lydon, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P. O. Box 1150
Wilmington, DE 19899
ptrainer@ashby-geddes.com
tlydon@ashby-geddes.com

    I hereby certify that on June 13, 2006, I have sent by E-mail the foregoing document to the following non-registered participants:

Dennis J. Kelly, Esq.
Paul R. Mastrocola, Esq.
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110
dkelly@burnslev.com
pmastrocola@burnslev.com

        /s/ David E. Moore
    Philip A. Rovner (#3215)
    David E. Moore (#3983)
    Potter Anderson & Corroon LLP
    Hercules Plaza
    P.O. Box 951
    Wilmington, Delaware 19899
    (302) 984-6000
    E-mail: provner@potteranderson.com
           dmoore@potteranderson.com