IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MHS HOLDING ONE, INC. f/k/a MCCLELLAND HOME HEALTH PHARMACY, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 06-292-GMS |
| MHHP ACQUISITION COMPANY, LLC and OMNICARE, INC., | ) ) ) | |
| Defendants. | ) ) | |

## DEFENDANTS' MOTION TO STRIKE ATTORNEYS' FEE CLAIM

Defendants, MHHP Acquisition Company, LLC ("MHHP"), and Omnicare, Inc. ("Omnicare"), (collectively, the "Defendants") move pursuant to Federal Rule of Civil Procedure 12(f), for entry of an order striking the claim of Plaintiff MHS Holding One, Inc. f/k/a McClelland Home Health Pharmacy, Inc. ("MHS"), for attorneys' fees. The grounds for this motion and the substantial matters of law intended to be argued are as follows:

1.  Delaware law follows the American Rule, whereby a prevailing party pays its own attorney's fees and costs, unless the payment of fees is authorized by provision of contract or statute. *Casson v. Nationwide Ins. Co.*, 455 A.2d 361 (Del.Super. 1982); *Montgomery Cellular Holding Co., Inc. v. Dobler*, 880 A.2d 206 (Del.Supr. 2005).

2.  MHS's Complaint alleges that MHHP and Omnicare breached the February 2, 2004 Asset Purchase Agreement by and between MHHP, Omnicare and MHS and seeks recovery of attorneys' fees. Complaint, ¶ *ad damnum clause*.

3.      MHS has not and cannot plead a proper contractual basis for an award of attorneys' fees; therefore, the claim is properly stricken as immaterial and impertinent. Fed. R. Civ. P. 12(f).

WHEREFORE, Defendants MHHP Acquisition Company, LLC, and Omnicare, Inc., respectfully request this Court to enter an Order striking MHS Holding One, Inc.'s claim for attorneys' fees from the Complaint and such other relief as the Court deems appropriate. A proposed form of Order is attached hereto for the Court's convenience.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Thomas C. Dearing
Bethany V. Crawley
FOWLER WHITE BOGGS
BANKER, P.A.
50 N. Laura Street, Suite 2200
Jacksonville, Florida 32202
(904) 598-3100

By: /s/ David E. Moore
    Philip A. Rovner (#3215)
    David E. Moore (#3983)
    Hercules Plaza
    P. O. Box 951
    Wilmington, Delaware 19801
    (302) 984-6000
    provner@potteranderson.com
    dmoore@potteranderson.com

Dated: June 13, 2006
736436

*Attorneys for Defendants*

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on June 13, 2006, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY AND E-MAIL**

Philip Trainer, Jr., Esq.
Tiffany Geyer Lydon, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P. O. Box 1150
Wilmington, DE 19899
ptrainer@ashby-geddes.com
tlydon@ashby-geddes.com

I hereby certify that on June 13, 2006, I have sent by E-mail the foregoing document to the following non-registered participants:

Dennis J. Kelly, Esq.
Paul R. Mastrocola, Esq.
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110
dkelly@burnslev.com
pmastrocola@burnslev.com

/s/ David E. Moore
Philip A. Rovner (#3215)
David E. Moore (#3983)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com
           dmoore@potteranderson.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MHS HOLDING ONE, INC. f/k/a<br>MCCLELLAND HOME HEALTH<br>PHARMACY, INC., | )<br>)<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | )<br>) | C.A. No. 06-292-GMS |
| MHHP ACQUISITION COMPANY,<br>LLC and OMNICARE, INC., | )<br>)<br>) | |
| Defendants. | )<br>)<br>) | |

## STATEMENT UNDER LOCAL RULE 7.1.1

Counsel for Defendants contacted counsel for Plaintiff in an effort to reach an agreement on the matters set forth in Defendants' Motion to Strike Attorneys' Fee Claim. Counsel for Plaintiff would not agree to the requested relief.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Thomas C. Dearing
Bethany V. Crawley
FOWLER WHITE BOGGS
BANKER, P.A.
50 N. Laura Street, Suite 2200
Jacksonville, Florida 32202
(904) 598-3100

By:  /s/ David E. Moore
    Philip A. Rovner (#3215)
    David E. Moore (#3983)
    Hercules Plaza
    P. O. Box 951
    Wilmington, Delaware 19801
    (302) 984-6000
    provner@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Defendants*

Dated: June 13, 2006
736445

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MHS HOLDING ONE, INC. f/k/a<br>MCCLELLAND HOME HEALTH<br>PHARMACY, INC., | )<br>)<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | )<br>) | C.A. No. 06-292-GMS |
| MHHP ACQUISITION COMPANY,<br>LLC and OMNICARE, INC., | )<br>)<br>) | |
| Defendants. | )<br>) | |

## ORDER

Upon consideration of Defendants' Motion to Strike Attorneys' Fee Claim in the above-captioned case, Plaintiff's response thereto, other pleadings on file in this case, and the arguments of counsel on this matter,

It is hereby ORDERED this ____ day of _____, 2006 that Plaintiff's claim for attorneys' fees is stricken.

_____
United States District Judge