IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MHS HOLDING ONE, INC. f/k/a MCCLELLAND HOME HEALTH PHARMACY, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 06-292-GMS |
| MHHP ACQUISITION COMPANY, LLC and OMNICARE, INC., | ) ) ) | |
| Defendants. | ) ) | |

### DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Omnicare, Inc. ("Omnicare") and MHHP Acquisition Company, LLC ("MHHP"), hereby disclose the following information:

1. All parent corporations, if any, of the named parties:

   a. Omincare has no parent corporation.

   b. Omnicare Holding Company is the sole member of MHHP.

2. All publicly held companies, if any, that own ten percent (10%) or more of the named parties' stock:

   a. No publically held company owns ten percent (10%) or more of Omnicare's stock.

   b. No publically held company owns ten percent (10%) or more of MHHP's membership interest.

                          POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Thomas C. Dearing
Bethany V. Crawley
FOWLER WHITE BOGGS
BANKER, P.A.
50 N. Laura Street, Suite 2200
Jacksonville, Florida 32202
(904) 598-3100

By:   /s/ David E. Moore
      Philip A. Rovner (#3215)
      David E. Moore (#3983)
      Hercules Plaza
      P.O. Box 951
      Wilmington, Delaware 19899
      (302) 984-6000
      rhorwitz@potteranderson.com
      dmoore@potteranderson.com

Dated: June 21, 2006
737971

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on June 21, 2006, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY AND E-MAIL**

Philip Trainer, Jr., Esq.
Tiffany Geyer Lydon, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P. O. Box 1150
Wilmington, DE 19899
ptrainer@ashby-geddes.com
tlydon@ashby-geddes.com

I hereby certify that on June 21, 2006, I have sent by E-mail the foregoing document to the following non-registered participants:

Dennis J. Kelly, Esq.
Paul R. Mastrocola, Esq.
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110
dkelly@burnslev.com
pmastrocola@burnslev.com

/s/ David E. Moore
Philip A. Rovner (#3215)
David E. Moore (#3983)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com
dmoore@potteranderson.com