IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| MHS HOLDING ONE, INC. f/k/a MCCLELLAND HOME HEALTH PHARMACY, INC., <br><br>         Plaintiff, <br><br> v. <br><br> MHHP ACQUISITION COMPANY LLC and OMNICARE, INC., <br><br>         Defendants. | ) ) ) ) ) ) ) ) ) ) )  CIVIL ACTION NO. 06-292-GMS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the undersigned parties hereby stipulate and agree, by and through their attorneys, that this action shall be and hereby is dismissed with prejudice, each party to bear its own costs and attorneys' fees and all parties hereby waiving all rights of appeal.

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*
_____
Lawrence C. Ashby (#468)
Philip Trainer (#2788)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P. O. Box 1150
Wilmington, DE  19899
(302) 654-1888
lashby@ashby-geddes.com
ptrainer@ashby-geddes.com
tlydon@ashby-geddes.com

*Of Counsel:*

Dennis J. Kelly
Paul R. Mastrocola
Burns & Levinson LLP
125 Summer Street
Boston, Massachusetts 02110
(617) 345-3000

*Counsel for MHS Holding One, Inc. f/k/a*
*McClelland Home Health Pharmacy, Inc.*
173176.1

POTTER ANDERSON & CORROON LLP

*/s/ Philip A. Rovner*
_____
Philip A. Rovner (#3215)
David E. Moore (#3983)
Hercules Plaza
P. O. Box 951
Wilmington, DE  19899
(302) 984-6000
provner@potteranderson.com
dmoore@potteranderson.com

*Of Counsel:*

Thomas C. Dearing
Bethany V. Crawley
Fowler White Boggs Banker, P.A.
50 N. Laura Street, Suite 2200
Jacksonville, FL  32202
(904) 598-3100

*Counsel for MHP Acquisition Company LLC*
*and Omnicare, Inc.*